UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN POWELL,<br><br>                    Plaintiff,<br><br>   v.<br><br>DAVID ROBINSON, LENTON TERRELL HUTTON, JAMES G. ROBINSON, STEVEN BAGATOURIAN, JEREMY HAFT, EDDIE GONZALEZ, MORGAN CREEK PRODUCTIONS, INC., PROGRAM PICTURES, LIONS GATE FILMS, INC., "JOHN DOE ENTITIES" 1-10 and "JOHN DOES" 1-10,<br><br>                    Defendants. | Civil Action No.: 17-cv-03785-DLI-JO<br><br>Hon. Dora L. Irizarry<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Documents Filed Herewith:**<br>Memorandum of Law, Affidavit of Erica J. Van Loon; Request For Judicial Notice<br><br>**Complaint Filed:** June 23, 2017<br><br>**Date of Service:** August 7, 2017 **(E-filing)** |

## NOTICE OF DEFENDANTS LIONSGATE FILMS, INC., MORGAN CREEK PRODUCTIONS, INC., PROGRAM PICTURES, AND LENTON TERRELL HUTTON'S MOTION TO DISMISS PLAINTIFF KEVIN POWELL'S COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon the accompanying Affidavit of Erica J. Van Loon, the exhibits thereto, Memorandum of Law, and Request for Judicial Notice submitted herewith, Defendants Lionsgate Films, Inc., Morgan Creek Productions, Inc., Program Pictures, and Lenton Terrell Hutton will and hereby do move this Court, before the Honorable Dora L. Irizarry, Chief Judge of the United States District Court for the Eastern District of New York, at such time and date as the Court shall set, for an Order dismissing Plaintiff Kevin Powell's Complaint with prejudice for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), or other such relief as the Court deems just and proper.

1373230.1

Dated: August 7, 2017
Los Angeles, California

Respectfully submitted,

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: <u>/s/ Erica J. Van Loon</u>
    Erica J. Van Loon
    *Admitted Pro Hac Vice*

10250 Constellation Blvd. 19th Floor
Los Angeles, CA 90067
(310) 282 - 6260
evanloon@glaserweil.com
*Attorneys for Defendants Lionsgate Films,
Inc., Morgan Creek Productions, Inc.,
Program Pictures, and Lenton Terrell Hutton*